[No. 12068–9–I. Division One. December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS ALLEN MORRISON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01337–1, Horton Smith, J., entered August 3, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Durham and Corbett, JJ.

[No. 5192–7–III. Division Three. December 20, 1983.]

KENNETH G. KENT, ET AL, *Appellants,* v. PINE GLEN MAINTENANCE CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 22589, W. R. Cole, J., entered May 3, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5443–8–III. Division Three. December 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GAYLE C. CARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–1–00079–2, James B. Mitchell, J., entered September 30, 1982. *Affirmed* by unpublished per curiam opinion.